JS - 6

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
SANTOS AGUILAR,              )  NO. CV 13-1747-JGB(E)
                             )
          Petitioner,        )
                             )
     v.                      )  JUDGMENT
                             )
GREG LEWIS, Warden,          )
                             )
          Respondent.        )
_____)
```

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 4, 2013.

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE